**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DOLORES MARTIN,

    Plaintiff,

vs.                                        CASE NO.: 3:15-cv-01292-HES-PDB

ONE ADVANTAGE, LLC f/k/a
FIRSTSOURCE ADVANTAGE, LLC

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, DOLORES MARTIN, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, DOLORES MARTIN, and Defendants, ONE ADVANTAGE, LLC f/k/a FIRSTSOURCE ADVANTAGE, LLC, INC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                */s/ Frank H. Kerney, III*
                                                FRANK H. KERNEY, III, ESQUIRE
                                                Florida Bar#: 88672
                                                MORGAN & MORGAN, TAMPA, P.A.
                                                One Tampa City Center
                                                201 N. Franklin St., Suite 700
                                                Tampa, FL 33602
                                                Telephone: (813) 223-5505
                                                Facsimile:  (813) 223-5402
                                                Email:  fkerney@forthepeople.com
                                                Secondary: lcrouch@forthepeople.com
                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by Electronic Mail on April 1, 2016 to all parties of record, including: Armando P. Rubio, Esquire, Fields Howell, LLP, 9155 South Dadeland Blvd., Suite 1012, Miami, FL 33156 (arubio@fieldshowell.com; aduarte@fieldshowell.com).

                                           */s/ Frank H. Kerney, III*
                                           FRANK H. KERNEY, III, ESQUIRE
                                           Florida Bar#: 88672